**Fill in this information to identify the case:**

Debtor 1  Charles E Price

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of Illinois
                                                            (State)

Case number  16-20335

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4909

**Date of payment change:**
Must be at least 21 days after date of this notice   07 / 01 / 2020

**New total payment:**  $ 1,912.40
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____    New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 7.500 %    New interest rate: 7.000 %
   Current principal and interest payment: $ 663.56    New principal and interest payment: $ 626.38

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                  Notice of Mortgage Payment Change                  page 1

Debtor 1  Charles E Price
        First Name    Middle Name    Last Name

Case number (*if known*) 16-20335

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

☒ /s/ Michelle R. Ghidotti-Gonsalves
Signature

Date  06 / 03 / 2020

Print:  Michelle R. Ghidotti-Gonsalves
        First Name    Middle Name    Last Name

Title  AUTHORIZED AGENT

Company  Ghidotti Berger LLP

Address  1920 Old Tustin Ave
         Number        Street
         Santa Ana, CA 92705
         City          State    ZIP Code

Contact phone  ( 949 ) 427 – 2010

Email  bknotifications@ghidottiberger.com



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

May 11, 2020

CHARLES E PRICE
17112 S CALIFORNIA AVE
HAZEL CREST IL 60429

Loan Number:
Property Address: *17112 S CALIFORNIA AVE*
*HAZEL CREST IL 60429*

Dear  CHARLES E PRICE:

**Changes to Your Mortgage Interest Rate and Payments on 06/01/20**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 006 month(s) period during which your interest rate stayed the same. That period ends on *06/01/20,* so on that date your interest rate and mortgage payment change.  After that, your interest rate may change every *6* month(s) for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 7.50000% | 7.00000% |
| Principal | $   301.97 | $   290.67 |
| Interest | $   361.59 | $   335.71 |
| Escrow (Taxes and Insurance) | $   1,286.02 | $   1,286.02 |
| **Total Monthly Payment** | $   1,949.58 | $   1,912.40 due July 1, 2020 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin."  Under your loan agreement, your index rate is 0.75950% and your margin is 5.64000%.  The 1 MONTH LIBOR is published Daily in WALL STREET JOURNAL.

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.



BSI Financial Services
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

**Rate Limit(s):** Your rate cannot go higher than 13.00000% over the life of the loan. Your rate can change each year by no more than 1.00000%. We did not include an additional 0.00000% interest rate increase to your new rate because a rate limit applied. This additional increase may be applied to your interest rate when it adjusts again on 12/01/20.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the 1 MONTH LIBOR, your margin, 5.64000% your loan balance of $ 57676.02, and your remaining loan term of 132 months.

**Prepayment Penalty:** None

**If You Anticipate Problems Making Your Payments:**
- Contact the Customer Care Department at 1-1800-327-7861 as soon as possible.
- If you seek an alternative to upcoming changes to your interest rate and payment, the following options **may** be possible (most are subject to lender approval):
    - Refinance your loan.
    - Sell your home and use the proceeds to pay off your current loan.
    - Modify your loan terms with investor.
    - Payment forbearance temporarily gives you more time to pay your monthly payment.
- If you would like contact information for counseling agencies or program in your area, call the U.S. Department of Housing and Urban Development (HUD) at 1-800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or the U. S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov . If you would like to contact information for state housing finance agency, contact U.S. Consumer Finance Protection Bureau (CFPB) at http://www.consumerfinance.gov/mortgagehelp.

Should you have any questions regarding this notice, please reach out to DUKE NGUYEN, you Single Point of Contact for this loan, at 1-888-738-5873.

BSI Financial Services
314 S Franklin St, 2nd Floor
Titusville, PA 16354
NMLS # 38078; # 1195811

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

**BSI Financial Services**
314 S Franklin St. / Second Floor PO Box 517
Titusville PA 16354
Toll Free: 800-327-7861
Fax: 814-217-1366
myloanweb.com/BSI

demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

GR-2003-07242017_CA08082014

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

Page **3** of **3**

1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 | L. Bryant Jaquez, Esq. (SBN 252125)
GHIDOTTI | BERGER, LLP
3 | 1920 Old Tustin Ave.
Santa Ana, CA 92705
4 | Ph: (949) 427-2010
Fax: (949) 427-2732
5 | bjaquez@ghidottiberger.com

6
7 | Authorized Agent for Creditor
U.S. Bank Trust National Association, as
Trustee of the Igloo Series III Trust
8

9
10                  UNITED STATES BANKRUPTCY COURT
11              NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

12 | In Re:                              )   CASE NO.:  16-20335
                                         )
13 | Charles E Price,                    )   CHAPTER 13
                                         )
14 |     Debtors.                        )   **CERTIFICATE OF SERVICE**
15                                       )
                                         )
16                                       )
                                         )
17                                       )
                                         )
18                                       )
                                         )
19                                       )

20
21                         **CERTIFICATE OF SERVICE**

22
23      I am employed in the County of Orange, State of California.  I am over the age of

24 eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave.,

25 Santa Ana, CA 92705.

26      I am readily familiar with the business's practice for collection and processing of

27 correspondence for mailing with the United States Postal Service; such correspondence would

28 be deposited with the United States Postal Service the same day of deposit in the ordinary

course of business.

1

CERTIFICATE OF SERVICE

On June 8, 2020 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** <br> Charles E Price <br> 17112 S California Ave <br> Hazel Crest, IL 60429 <br><br> **Debtor's Counsel** <br> Joseph F Lentner <br> Swanson and Desai LLC <br> 2314 W North Ave., Unit C-1W <br> Chicago, IL 60647 <br><br> Kenneth C Swanson, Jr <br> Swanson & Desai, LLC <br> 2314 West North Avenue, Unit C1-W <br> Chicago, Il 60647 | **Chapter 13 Trustee** <br> Tom Vaughn <br> 55 E. Monroe Street, Suite 3850 <br> Chicago, IL 60603 <br><br> **U.S. Trustee** <br> Patrick S Layng <br> Office of the U.S. Trustee, Region 11 <br> 219 S Dearborn St, Room 873 <br> Chicago, IL 60604 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on June 8, 2020 at Santa Ana, California

/*s / Jeremy Romero*
Jeremy Romero

2
CERTIFICATE OF SERVICE